Law Offices of Bill LaTour
Bill LaTour [SBN: 169758]
   11332 Mountain View Ave., Suite C
   Loma Linda, California 92354
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| GEORGIA D. TUCKER, | ) | No. EDCV 08-551 JTL |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| v. | ) | EAJA FEES |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND SIX HUNDRED DOLLARS AND 00/cents ($2,600.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: February 25, 2009   /s/Jennifer T. Lum_____

                                HON. JENNIFER T. LUM
                                UNITED STATES MAGISTRATE JUDGE